No. 2024. BRUGMAN, APELADO, v. SUCESIÓN DE R. B. SAMA, APELANTE.—Filiación y petición de herencia. (Traslado del caso.) Ponce. Junio 13, 1919. *Desistida y allanado el apelado al traslado solicitado.*

No.    . ALVAREZ, APELANTE, v. ALVAREZ, APELADO.—Divorcio. Humacao. Junio 13, 1919. *Desestimada.*

No. 1375. EL PUEBLO, APELADO, v. CASTRO, APELANTE.—Adulteración de leche. Guayama. Junio 13, 1919. *Confirmada.*

No.    . MORALES ET AL., APELADOS, v. SUCESIÓN DE J. RUIZ ET AL., APELANTES.—Reconocimiento de hijos naturales. San Juan, Sección 1ª. Junio 16, 1919. *Desistida.*

No. 416. SANTIAGO, RECURRENTE, v. REGISTRADOR DE CAGUAS, RECURRIDO.—Recurso Gubernativo. Junio 20, 1919. *Resuelto por los fundamentos del caso No. 418, Delgado v. Registrador de Caguas, (pág. 544). Revocada la nota.*

No. 254. FERNÁNDEZ, PETICIONARIO, v. MARRERO, SECRETARIO CORTE DE DISTRITO.—*Certiorari.* Junio 19, 1919. *Sin lugar.*

No. 2019. CARRERAS, APELADO, v. MARRERO, APELANTE.—Cobro de dinero. Mayagüez. Junio 23, 1919. *Resuelto por los fundamentos del caso Carreras v. Marrero, (pág. 550). Confirmada.*

No. 1148. EL PUEBLO, APELADO, v. GARCÍA, APELANTE.—Acometimiento y agresión grave. San Juan, Sección 2ª. Junio 27, 1919. *Desistida.*

No. 2027. POLÁ, APELANTE, v. LUNA, APELADA.—Desahucio. Ponce. Julio 7, 1919. *Confirmada.*

No. 2022. BOCANEGRA, APELADA, v. BOCANEGRA NEE SOSA, APELANTE.—Divorcio. (Traslado del caso.) Humacao. Julio 8, 1919. *Confirmada la orden apelada.*

No. 1413. EL PUEBLO, APELADO, v. FIGUEROA, APELANTE.—Falsa representación. Aguadilla. Julio 8, 1919. *Confirmada.*